UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAHIG F. BISHAY,<br><br>Plaintiff<br><br>v.<br><br>CITIZENS BANK OF MASSACHUSETTS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-10451-RGS<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

The Defendant, Citizens Bank of Massachusetts ("Citizens"), moves, pursuant to Federal Rule of Civil Procedure 12(b), to dismiss the complaint filed by Plaintiff, Bahig F. Bishay ("Bishay"), as this Court lacks subject matter jurisdiction and the complaint fails to state claims upon which relief can be granted. Any claims are also barred by the doctrine of res judicata and the expiration of the applicable statutes of limitations. Citizens relies on its Memorandum of Law in Support of this Motion, filed simultaneously herewith.

WHEREFORE, Citizens respectfully requests that the Court enter an order dismissing the complaint against it with prejudice, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,
**CITIZENS BANK OF MASSACHUSETTS,**

By its attorneys,

_____
James W. Stoll, Esq. (BBO # 544136)
Jennifer M. Ryan, Esq. (BBO #661598)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: April 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2005, I served a true copy of the within Motion to Dismiss by first class mail on the party listed below.

Bahig F. Bishay
163 Blue Hill Drive
Westwood, MA 02090

_____
Jennifer M. Ryan

# 1354699 v1 - RYANJM - 017813/0113

## RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1, I hereby certify that I attempted to confer with the pro se Plaintiff, Mr. Bahig Bishay, in advance of filing this motion to dismiss. I called Mr. Bishay at the number provided in complaint. I was unable to reach him at the number provided in complaint.

_____
Jennifer M. Ryan, Esq. (BBO #661598)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

2