UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAHIG F. BISHAY,<br>Plaintiff<br>v.<br>CITIZENS BANK OF MASSACHUSETTS,<br>Defendant | Civil Action<br>No. 05-10451-RGS |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Bahig F. Bishay, (hereafter "Bishay"), opposes Defendant Citizens Bank of Massachusetts' (hereafter "Citizens") Motion to Dismiss Bishay's Verified Complaint and Request for Declaratory Relief, which Bishay filed with this Court on March 9, 2005. As more detailed in the Memorandum attached hereto, and contrary to Citizens' contentions: (1) this Court indeed possesses the required jurisdiction because the subject contract (hereafter the "Contract") -- which was in the form of a confirmed Chapter 11 Plan of Reorganization drafted by Defendant Citizens – was approved by the United States Bankruptcy Court, and this Court has the required authority to review disputes stemming from such matters; (2) the subject Complaint seeks relief which can be granted by this Court; (3) since the actual breech occurred on April 15, 1999 (*See* Exhibit A attached to the Verified Complaint), which demonstrates that Citizens withdrew $361,000 from Bishay's escrow account without allowing Bishay to prosecute his Claims on the merits as the central issue of the bargain struck by the parties – this date having been less than six years from the date Bishay filed his Complaint on March 9, 2005 -- Bishay is indeed entitled to assert his new and, separate, breach of contract claim; and (4) Citizens' res judicata, red-herring defense, is misplaced here because Bishay <u>never</u> asserted this "breach of contract" claim at any time against Citizens (and Citizens clearly failed to point to any exhibit it

attached to its Motion to Dismiss, to support a defense theory to a "breach of contract" claim it alleges, in essence, that Bishay previously asserted, which he did not) – this is because the subject breach occurred four years <u>after</u> Bishay asserted different causes of action against Citizens in 1995, and Bishay could not have expected that Citizens would breach said agreement four years after he filed his original claims -- and as a matter of law as more detailed in the Memorandum attached hereto, Citizens' misplaced res judicata defense must fail now.

**Bishay relies on his Memorandum of Law in support of this Opposition, which is attached hereto.** WHEREFORE, Bishay respectfully requests this Court to deny Citizens' Motion to Dismiss, and grant such other relief as this Court deems appropriate.

Dated: April 22, 2005

                          Bahig F. Bishay
                          163 Blue Hill Drive
                          Westwood, MA 02090
                          781.326.3310