UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAHIG F. BISHAY, )<br>    Plaintiff )<br>        v. )<br>          )<br>CITIZENS BANK OF MASSACHUSETTS, )<br>    Defendant )<br>          ) | Civil Action<br>No. 05-10451-RGS |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff Bahig F. Bishay ("Bishay"), requests leave to file a sur-reply ("Sur-Reply") in response to Defendant Citizens Bank of Massachusetts' ("Citizens") Reply Brief ("Reply Brief"), which Citizens filed with this Court on May 4, 2005 in opposition to Plaintiff's Opposition to Defendant's Motion to Dismiss. Bishay believes his Sur-Reply will assist this Court in making an informed determination as to the veracity and relevance (or lack thereof), respecting the various new statements contained within the Defendant's Reply Brief.

Attached herewith is Bishay's Sur-Reply of which Bishay respectfully request leave to file with this Court.

Dated: May 16, 2005

Bahig F. Bishay
163 Blue Hill Drive
Westwood, MA 02090
781.326.3310

### CERTIFICATE OF SERVICE

I, Bahig Bishay, hereby certify that on this 16th day of May 2005, I served a true copy of the within Sur-Reply to Defendant's Counsel, Jennifer M. Ryan, of Brown Rudnick Berlack Israels LLP, at One Financial Center, Boston, MA 02111, via First Class Mail.



Bahig Bishay