UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BAHIG F. BISHAY

     V.                                            CIVIL ACTION NO. 05-10451-RGS

CITIZENS BANK OF MASSACHUSETTS

# NOTICE OF HEARING

**STEARNS, DJ.**                                                                       **JUNE 24, 2005**

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>THURSDAY, SEPTEMBER 22, 2005 AT 2:30 P.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE

       BY:

                                        /s/ Mary H. Johnson
                                        Deputy Clerk

*TO BE HEARD:   Motion to Dismiss (#3).