UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BAHIG F. BISHAY,<br><br>    Plaintiff<br><br>    v.<br><br>CITIZENS BANK OF MASSACHUSETTS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 05-10451-RGS<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JENNIFER M. RYAN

Please withdraw the appearance of Jennifer M. Ryan as counsel for defendant in the above captioned matter. James W. Stoll of Brown Rudnick Berlack Israels LLP will remain as counsel for the defendant.

August 29, 2005

                                          Respectfully submitted,
                                          **CITIZENS BANK OF MASSACHUSETTS,**

                                          By its attorneys,

                                          /s/ Jennifer M. Ryan_____
                                          James W. Stoll, Esq. (BBO # 544136)
                                          Jennifer M. Ryan, Esq. (BBO #661598)
                                          BROWN RUDNICK BERLACK ISRAELS LLP
                                          One Financial Center
                                          Boston, MA 02111
                                          (617) 856-8200

Dated: August 29, 2005

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of August 2005, I served a true copy of the within Notice of Withdrawal of Appearance by first class mail on the party listed below.

Bahig F. Bishay
163 Blue Hill Drive
Westwood, MA 02090

                                                  /s/ Jennifer M. Ryan
                                                  Jennifer M. Ryan

August 29, 2005

# 1382132 v1 - RYANJM - 017813/0113