UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10451-RGS

BAHIG F. BISHAY

v.

CITIZENS BANK OF MASSACHUSETTS

ORDER

October 11, 2005

STEARNS, D.J.

In as much as defendant's motion to dismiss has been allowed,[1] the Clerk is ORDERED to enter Judgment for defendant Citizens Bank of Massachusetts.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Upon review of the fulsome pleadings in the case, the court determined that the hearing originally contemplated was unnecessary.