UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BAHIG F. BISHAY

    V.                                      CIVIL ACTION NO. 05-10451-RGS

CITIZENS BANK OF MASSACHUSETTS

## ORDER OF DISMISSAL

STEARNS, DJ.                                                            OCTOBER 12, 2005

THIS COURT HAVING ALLOWED DEFENDANT'S MOTION TO DISMISS IN ITS MEMORANDUM AND ORDER ON DEFENDANT'S MOTION TO DISMISS DATED OCTOBER 11, 2005,

IT IS HEREBY ORDERED:  THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

                                                                             RICHARD G. STEARNS
                                                                             UNITED STATES DISTRICT JUDGE

                BY:

                                                                    /s/ Mary H. Johnson
                                                                      Deputy Clerk