UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BAHIG F. BISHAY,
   Plaintiff
      v.

CITIZENS BANK OF MASSACHUSETTS,
   Defendant

Civil Action
No. 05-10451-RGS

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE MOTION FOR RECONSIDERATION**

Now comes Plaintiff Bahig Bishay (hereafter "Bishay"), and respectfully requests this Honorable Court to kindly afford him one week extension (through the close of business, October 31, 2005) to permit Bishay the filing of Motion for Reconsideration, which Bishay finds necessary in light of the Court's recent dismissal of his Complaint without allowing the parties an opportunity for oral arguments, which had been scheduled by the Court for September 22, 2005. As this Court is aware, however, on September 20, 2005, the Court directed its Clerk, Ms. Mary Johnson, to contact Bishay and advise him that Justice Stearns was confronted with a "judicial emergency" and was otherwise not available for oral arguments on September 22, 2005, at 2:00 p.m.. The Court also advised Bishay that a new oral argument date was going to be set and the parties were going to be notified of same in due course.

Regrettably, however, on October 11, 2005, Bishay received this Court's Decision dismissing his Complaint without the benefit of appearing in Court for oral arguments to confirm and/or clarify certain relevant facts, of which Bishay now believes this Court would have found helpful in reaching a well-informed conclusion.

The grounds for this request is that in reviewing the Court's Decision dated October 11, 2005, Bishay noted that the Court may have indeed overlooked important facts surrounding this ten-year ordeal of which Bishay is intimately familiar; and that *for justice to* indeed *be served*, as both Bishay and this Court must agree is of paramount importance, Bishay finds it necessary to spend the additional time required to locate and offer additional evidence, and research the appropriate law, to address the Court's apparent misunderstanding, or unfamiliarity, of the relevant facts and related events.

WHEREFORE, Bishay respectfully requests this Court to grant the one week extension referenced herein, and grant any other such relief this Court deems just and/or appropriate.

Respectfully submitted

Bahig F. Bishay,
Pro se

Dated this 24th day of October, 2005



Bahig F. Bishay
163 Blue Hill Drive
Westwood, MA 02090
Phone: 781.326.3310
Fax: 781.326.6690

## CERTIFICATE OF SERVICE

I hereby certify that I served true and accurate copy of this document on all counsels of record, by First Class Mail, pre-paid postage, this day 24th October, 2005.

Bahig Bishay