UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BAHIG F. BISHAY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-10451-RGS |
| CITIZENS BANK OF MASSACHUSETTS, | ) ) ) | |
| Defendant. | ) ) ) | |

**<u>DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION</u>**

This latest motion[1] is nothing more than a restatement of the arguments made by the Plaintiff, Bahig F. Bishay ("Bishay"), in opposition to the motion of the Defendant, Citizens Bank of Massachusetts ("Citizens"), to dismiss the complaint. As such, it must be denied. As this Court knows, it is well settled that a motion for reconsideration "does not provide a vehicle for a party to undo its own procedural failures and it certainly does not allow a party to introduce new evidence or advance arguments that could and should have been presented to the district court prior to judgment." <u>Emmanuel v. Int'l Bhd. of Teamsters, Local Union No. 25</u>, No. 04-1830, 2005 U.S. App. LEXIS 22192, 13-14 (1st Cir. Oct. 14, 2005) (internal quotations and citations omitted). Moreover, as this Court has noted, "it is very difficult to prevail on a Rule 59(e) motion. The general rule in this circuit is that the moving party must either clearly establish a manifest error of law or must present newly discovered evidence." <u>Marie v. Allied Home Mortg. Corp.</u>, 402 F.3d 1, 7 (1st Cir. 2005) (internal quotations and citations omitted). "The repetition of previous arguments is not sufficient to prevail on a Rule 59(e) motion." <u>United</u>

---

[1] While the motion does not specifically invoke Fed. R.Civ. P. 59(e), there can be no doubt that such rule governs this motion. See <u>Feinstein v. Moses</u>, 951 F.2d 16, 19 n.3 (1st Cir. 1991) (where motion sought to set aside judgment of dismissal as legally erroneous, it is properly treated as a motion brought under Rule 59(e)").

States v. $ 23,000 in United States Currency, 356 F.3d 157, 165 (1st Cir. 2004).  Moreover, characterizing this motion as one under Fed. R. Civ. P. 60(b) is of no benefit to Bishay.  See Feinstein, 951 F.2d at 21 n.5 ("Relief under Rule 60(b) is to be dispensed only in exceptional circumstances"; burden not met where plaintiff essentially reiterates arguments made in opposing motion to dismiss).  Finally, Bishay's status as a pro se litigant does not absolve him from compliance with the Federal Rules of Civil Procedure.  Feinstein, 951 F.2d at 20.

    This motion presents nothing new, and for good reason.  Bishay and Citizens have been engaged in litigation for over ten years now, and in eight different courts. [2]  There are no additional facts or evidence to find or present; there is no additional law to cite.

    The motion must be denied.  Bishay fails to put forth anything new requiring this Court to reconsider its dismissal of this action with prejudice.

    Respectfully submitted,
**CITIZENS BANK OF MASSACHUSETTS,**
By its attorneys,

/s/ Elise Busny
James W. Stoll (BBO # 544136)
Elise Busny (BBO #600320)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated:  November 3, 2005

---

[2] Those courts include the Massachusetts Superior Court, the Massachusetts Appeals Court, the Massachusetts Supreme Judicial Court, the United States Bankruptcy Court for the District of Massachusetts, the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals, the Bankruptcy Appellate Panel for the First Circuit and the United States Supreme Court.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Bahig F. Bishay
163 Blue Hill Drive
Westwood, MA 02090

                                        /s/ Elise Busny
                                        Elise Busny

Dated November 3, 2005

# 1396648 v1 - BUSNYES - 017813/0113