UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC 13 P 1: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

BAHIG F. BISHAY,

              Plaintiff,

v.

CITIZENS BANK OF MASSACHUSETTS,

              Defendant

Civil Action
No. 05- 10451-RGS

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## NOTICE OF APPEAL

Plaintiff Bahig F. Bishay (hereafter "Bishay") hereby gives notice to appeal the following:

1.    This Court's Memorandum and Order on Defendant's Motion to Dismiss, dated October 11, 2005; and

2.    This Court's Denial of Plaintiff's Motion for Reconsideration, dated November 14, 2005.

Bahig F. Bishay
163 Blue Hill Drive,
Westwood, MA 02090
Phone: 781.326.3310
Facsimile: 781.326.6690

Dated December 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and accurate copy of this document to be served via First Class Mail, pre-paid postage, on Defendant's Counsel James W. Stoll, Esq., this day, December 13, 2005.



Bahig F. Bishay