## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10451

Bahig F. Bishay

v.

Citizens Bank of Massachusetts,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/13/2005.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 27, 2006.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/27/06.

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10451-RGS

Bishay v. Citizens Bank of Massachusetts  
Assigned to: Judge Richard G. Stearns  
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 03/10/2005  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Bahig F. Bishay**     represented by **Bahig F. Bishay**  
163 Blue Hill Drive  
Westwood, MA 02090  
781-326-3310  
Fax: 781-326-6690  
PRO SE

V.

**Defendant**

**Citizens Bank of Massachusetts**     represented by **James W. Stoll**  
Brown Rudnick Berlack Israels LLP  
One Financial Center, 18th floor  
Boston, MA 02111  
617-856-8200  
Fax: 617-856-8201  
Email: jstoll@brownrudnick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jennifer M. Ryan**  
Brown Rudnick Berlack Israels LLP  
One Financial Center, 18th floor  
Boston, MA 02111  
617-856-8206  
Fax: 617-856-8201

Email:
jmryan@brownrudnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2005 | 1 | COMPLAINT against Citizens Bank of Massachusetts Filing fee: $ 250, receipt number 62647, filed by Bahig F. Bishay. (Attachments: # 1 # 2)(Flaherty, Elaine) (Entered: 03/14/2005) |
| 03/10/2005 |  | Summons Issued as to Citizens Bank of Massachusetts. (Flaherty, Elaine) (Entered: 03/14/2005) |
| 03/10/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Flaherty, Elaine) (Entered: 03/14/2005) |
| 03/22/2005 | 2 | US Marshal Process Receipt and Return for summons and complaint. Citizens Bank of MA served Delivered on 3/18/05 (Flaherty, Elaine) (Entered: 03/23/2005) |
| 04/07/2005 | 3 | MOTION to Dismiss by Citizens Bank of Massachusetts. (Flaherty, Elaine) (Entered: 04/12/2005) |
| 04/07/2005 | 4 | MEMORANDUM in Support re 3 MOTION to Dismiss filed by Citizens Bank of Massachusetts. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Flaherty, Elaine) (Entered: 04/12/2005) |
| 04/22/2005 | 5 | RESPONSE to Motion re 3 MOTION to Dismiss filed by Bahig F. Bishay. (Flaherty, Elaine) (Entered: 04/26/2005) |
| 04/22/2005 | 6 | MEMORANDUM in Opposition re 3 MOTION to Dismiss filed by Bahig F. Bishay. (Flaherty, Elaine) (Entered: 04/26/2005) |
| 05/04/2005 | 7 | MOTION for Leave to File *Reply Brief* by Citizens Bank of Massachusetts. (Attachments: # 1 Exhibit Reply Brief# 2 Exhibit A of Reply Brief)(Ryan, Jennifer) (Entered: 05/04/2005) |
| 05/05/2005 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 7 Motion for Leave to File (Flaherty, Elaine) (Entered: 05/05/2005) |
| 05/05/2005 | 8 | Reply MEMORANDUM in Support re 3 MOTION to Dismiss |

| | | |
|---|---|---|
| | | filed by Citizens Bank of Massachusetts. (Flaherty, Elaine) (Entered: 05/05/2005) |
| 05/16/2005 | 9 | MOTION for Leave to File sur reply re: motion to dismiss by Bahig F. Bishay.(Flaherty, Elaine) (Entered: 05/17/2005) |
| 05/18/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 9 Motion for Leave to File (Flaherty, Elaine) (Entered: 05/19/2005) |
| 05/18/2005 | 10 | SUR-REPLY to Motion re 3 MOTION to Dismiss filed by Bahig F. Bishay, filed. (Flaherty, Elaine) (Entered: 05/19/2005) |
| 06/24/2005 | 11 | NOTICE of Hearing on Motion 3 MOTION to Dismiss: Motion Hearing set for 9/22/2005 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 06/24/2005) |
| 08/29/2005 | 12 | NOTICE of Withdrawal of Appearance by Jennifer M. Ryan (Ryan, Jennifer) (Entered: 08/29/2005) |
| 09/20/2005 | | Remark by Deputy Clerk Mary Johnson: " due to a conflict in theCourt's calendar, the motion hearing scheduled for Thursday, September 22, 2005is hereby CANCELLED until further Order of the Court." (Johnson, Mary) (Entered: 09/20/2005) |
| 10/11/2005 | 13 | Judge Richard G. Stearns : ORDER entered. MEMORANDUM AND ORDER on Defendant's Motion to Dismiss, ENTERED.(Flaherty, Elaine) (Entered: 10/11/2005) |
| 10/11/2005 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 10/11/2005) |
| 10/11/2005 | 14 | Judge Richard G. Stearns : ORDER, entered. (Flaherty, Elaine) (Entered: 10/11/2005) |
| 10/12/2005 | 15 | Judge Richard G. Stearns : Electronic ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 10/12/2005) |
| 10/21/2005 | 16 | MOTION for Extension of Time to one week to file motion reconsideration by Bahig F. Bishay, filed.(Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/24/2005 | | Judge Richard G. Stearns : ElectronicORDER entered granting 16 Motion for Extension of Time (Flaherty, Elaine) (Entered: 10/24/2005) |

| 10/25/2005 | 17 | MOTION for Reconsideration re 15 Order by Bahig F. Bishay, filed.(Flaherty, Elaine) (Entered: 11/02/2005) |
| --- | --- | --- |
| 11/03/2005 | 18 | Opposition re 17 MOTION for Reconsideration re 15 Order filed by Citizens Bank of Massachusetts. (Stoll, James) (Entered: 11/03/2005) |
| 11/14/2005 |  | Judge Richard G. Stearns : ElectronicORDER entered denying 17 Motion for Reconsideration (Flaherty, Elaine) (Entered: 11/14/2005) |
| 12/13/2005 | 19 | NOTICE OF APPEAL filed by Bahig F. Bishay. $ 255 filing fee paid. Receipt# 68876. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/3/2006. (Johnson, Mary) (Entered: 02/24/2006) |