# United States Court of Appeals
## For the First Circuit

05-10451
USDC-MABO
J. Stearns

No. 06-1364


MANDATE

BAHIG F. BISHAY,

Plaintiff, Appellant,

v.

CITIZENS BANK OF MASSACHUSETTS,

Defendant, Appellee.

2007 FEB -9 P 4:34
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE 1ST CIRCUIT

**JUDGMENT**

Entered: January 19, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 2/9/07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Bishay, Mr. Stroll, Mr. Ryan, & Ms. Busny.]